IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALVIN JAMES JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:09-CV-385-TMH |
| ) | [WO] |
| ) | |
| DISTRICT ATTORNEY ELLEN BROOKS ) | |
| and DETECTIVE MIKE MYRICK, ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon consideration of the motion to amend unknown defendant filed by the plaintiff on May 11, 2009 (Court Doc. No. 7), and as such action is not warranted or appropriate under the circumstances of this case, it is

ORDERED that this motion be and is hereby DENIED.

Done this 12th day of May, 2009.

    /s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE