IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALVIN JAMES JOHNSON, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:09-CV-385-TMH |
| | )                        [WO] |
| | ) |
| DISTRICT ATTORNEY ELLEN BROOKS and DETECTIVE MIKE MYRICK, | ) |
| | ) |
|     Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the plaintiff on May 11, 2009 (Court Doc. No. 8), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED to the extent allowed by this order. It is further

ORDERED that the plaintiff be GRANTED an extension from May 18, 2009 to and including May 29, 2009 to file an objection to the Recommendation entered on May 5, 2009 (Court Doc. No. 4).

Done this 12th day of May, 2009.

                                           /s/ Terry F. Moorer
                                         TERRY F. MOORER
                                         UNITED STATES MAGISTRATE JUDGE