IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ALVIN JAMES JOHNSON,         )
                                          )
      Plaintiff,              )
                                          )
      v.                      )   CIVIL ACTION NO. 2:09-CV-385-TMH
                                          )                [WO]
                                          )
DISTRICT ATTORNEY ELLEN BROOKS)
and DETECTIVE MIKE MYRICK,     )
                                          )
      Defendants.        )

**ORDER**

Upon consideration of the motion to dismiss filed by the plaintiff on June 5, 2009

(Court Doc. No. 17), and at this stage of the proceedings, it is

ORDERED that this motion be and is hereby DENIED as moot.

Done this 9th day of June, 2009.


                        /s/ Truman M. Hobbs
                     SENIOR UNITED STATES DISTRICT JUDGE