THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ALVIN JAMES JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:09-CV-385-TMH |
| | ) | [WO] |
| | ) | |
| DISTRICT ATTORNEY ELLEN BROOKS | ) | |
| and DETECTIVE MIKE MYRICK, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

# **ORDER**

On May 5, 2009, the Magistrate Judge filed a Recommendation (Doc. 4) in this case

to which no timely objections have been filed.  Upon an independent review of the file in this

case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that:

1.     The Recommendation (Doc. 4) of the Magistrate Judge is ADOPTED;

2.     The plaintiff's claims against defendant Brooks and Myrick be DISMISSED

       with prejudice in accordance with the directives of 28 U.S.C. §

       1915(e)(2)(B)(i) and (iii); and

3.     To the extent Johnson presents a claim challenging the constitutionality of

       actions occurring in a pending state criminal case, this case be DISMISSED

       without prejudice pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(ii).

An appropriate judgment will be entered.

Done this 17th  day  of June, 2009.

**/s/ Truman M. Hobbs**

SENIOR UNITED STATES DISTRICT JUDGE