THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ALVIN JAMES JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:09-CV-385-TMH |
| ) | [WO] |
| ) | |
| DISTRICT ATTORNEY ELLEN BROOKS ) | |
| and DETECTIVE MIKE MYRICK, *et al.*, ) | |
| ) | |
| Defendants. ) | |

# **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the Court, it is the ORDER, JUDGMENT, and DECREE of the Court that this case be dismissed with prejudice as to the named defendants, and without prejudice as to the claims challenging the constitutionality of actions undertaken in the plaintiff's pending criminal case. The parties shall bear their own costs.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this   17th   day   of June, 2009.


**/s/ Truman M. Hobbs**

SENIOR UNITED STATES DISTRICT JUDGE